STATE of Missouri, Respondent,

v.

Wallace OBIE, Appellant.

No. WD 36872.

Missouri Court of Appeals,
Western District.

Nov. 26, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Jan. 28, 1986.

Application to Transfer Denied
March 25, 1986.

David S. Durbin, Asst. Public Defender,
Kansas City, for appellant.

John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, C.J., Presiding, and
TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM.

Appeal from conviction and sentence of burglary in the second degree, § 569.170, RSMo.1978 and stealing over $150.00, § 570.030, RSMo.Supp.1984.

Judgment affirmed. Rule 30.25(b).